

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00675-CV

**Adenrele Oladapo-Jimoh**

**v.**

**Joshua Nwogo and Linda Nwogo**

NO. 1020002 IN THE CO CIVIL CT AT LAW NO 4 OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/18/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 04/02/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 02/06/2014 | E-PAID | APE |
| MT FEE | $10.00 | 01/13/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 01/10/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 01/09/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 12/11/2013 | E-PAID | ANT |
| RPT RECORD | $1,318.00 | 11/06/2013 | UNKNOWN | ANT |
| SUPP CLK RECORD | $8.00 | 10/09/2013 | PAID | ANT |
| CLK RECORD | $111.00 | 09/11/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/03/2013 | E-PAID | ANT |
| FILING | $195.00 | 08/02/2013 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,707.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this March 6, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**